■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ADAMS, Also Known as DAVID JAMES, Appellant.—Judgment, Supreme Court, New York County, rendered August 16, 1977, unanimously affirmed. This defendant-appellant, indicted for robbery, first degree, entered a negotiated plea of guilty to robbery, second degree, admitting having secured the victim's property "by force and fear inflicted upon him." He did, however, stoutly deny having used a weapon, as charged, adhering to his denial and, at the same time, to his obviously informed consent to accept the negotiated plea. He now maintains that the refusal to admit his display of a weapon in furtherance of the robbery eliminates an element (Penal Law, § 160.10, subd 2, par [b]) which distinguishes second degree robbery, in these circumstances, from third degree and accordingly asks us to reduce his conviction to the latter. Whatever may be his purpose—the sentence imposed of three to six years would be permissible for either degree—he is not entitled to the relief sought. It is obvious from the record that he well understood precisely what he was doing. *(People v Serrano,* 15 NY2d 304.) Even were this a *Serrano* case, all that he would be entitled to have would be vacatur of the plea and remand for further proceedings, and this he was eschewed. (Cf. *People v Giuliano,* 52 AD2d 240, 247.) Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Sullivan, JJ.

■ In the Matter of HAROLD W. MARTIN et al., Respondents, v WILLIAM J. RONAN et al., as Directors of the Manhattan and Bronx Surface Transit Operating Authority, et al., Appellants, and LEON J. ROBINSON et al., Intervenors-Appellants.—On remand from the Court of Appeals, judgment, Supreme Court, New York County, entered on or about August 5, 1976, affirmed, without costs and without disbursements. Concur—Kupferman, J. P., Lupiano, Lane and Markewich, JJ.; Silverman, J., dissents and would reverse and dismiss for the reasons stated in his memorandum on the original appeal. (See 57 AD2d 514.) The appeal from order of said court entered on December 16, 1976, unanimously dismissed as academic, without costs and without disbursements.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER THREATS, Appellant.—Judgment, Supreme Court, Bronx County, March 10, 1977, convicting defendant on his plea of guilty of burglary in the second degree and sentencing him to an indeterminate period of 4 to 15 years, unanimously modified, as a matter of discretion in the interest of justice, to sentence the defendant to an indeterminate period of 0 to 10 years, and otherwise affirmed. The sentence imposed was excessive to the extent indicated herein. Concur—Evans, J. P., Fein, Lane, Lynch and Sandler, JJ.